GAREEB | PHAM LLP                          **MADE JS-6**
Alexander S. Gareeb, Bar No. 207473
Christopher Q. Pham, Bar No.: 206697
Susan Rabin, Bar No.: 122837
707 Wilshire Boulevard, Suite 5300
Los Angeles, California 900017
Telephone: (213) 455-2930
Facsimile:  (213) 455-2940
Email: agareeb@gareebpham.com

Attorneys for Plaintiffs
DIABLO RACING, INC.

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIABLO RACING, INC., a California Corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>BZO CUSTOM WHEELS, LLC, a Texas Limited Liability Company; TIELIN SUN, an Individual; Corporations 1-10; Limited Liability Companies A-Z; and Does I-X, Inclusive,<br><br>            Defendants. | Case No.  CV074679-GW (CTx)<br>(Assigned to Hon. George H. Wu)<br><br>**CONSENT   JUDGMENT AND PERMANENT INJUNCTION** |

      Plaintiff Diablo Racing, Inc. ("DIABLO") and Defendants BZO Customs Wheels, L.L.C. and Tielin Sun having consented to entry of this Consent Judgment and Permanent Injunction, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1   Judgment is hereby entered in favor of Plaintiff Diablo Racing, Inc. against
2   Defendants BZO Customs Wheels, L.L.C. and Tielin Sun on Plaintiff's First Claim
3   for Federal Patent Infringement [35 *U.S.C.* §271]; on Plaintiff's Second Claim for
4   Trade Dress Infringement [*Lanham Act* § 43(a); 15 *U.S.C.* §1125(a)]; on Plaintiff's
5   Third Claim for Trademark Dilution [15 *U.S.C.* §1125(c); *California Business &*
6   *Professions Code* §14330]; on Plaintiff's Fourth Claim for False Designation of
7   Origin [15 *U.S.C.* §1125(a)], on Plaintiff's Fifth Claim for Unfair Business
8   Practices [*California Business & Professions Code* §17200]; and on Plaintiff's
9   Sixth Claim for Unjust Enrichment.

## STIPULATED FACTS

11   Plaintiff Diablo Racing, Inc. and Defendants BZO Customs Wheels, L.L.C.
12   and Tielin Sun, as well as their agents, servants, employees, attorneys, successors
13   and assigns, and all those persons in active concert or participation with them
14   hereby stipulate to the following facts as true and correct:

15   (a)   DIABLO is a manufacturer and wholesaler of a line of customized
16   and after-market vehicle wheels which are commercially distributed and marketed
17   nationwide.  DIABLO's wheels include innovative ornamental designs for which
18   patents have issued under United States patent law through the United States
19   Patent and Trademark Office ("USPTO").

20   (b).   Part of DIABLO's line of wheels is the wheel identified as the
21   "Diablo Wishbone." The Diablo Wishbone qualified for patent protection on the
22   basis that its design is innovative, nonfunctional, and part of a functional
23   manufactured article (a vehicle wheel), and on the basis of being novel and
24   nonobvious.  The Diablo Wishbone ornamental design is patented under United
25   States Design Patent No.: US D516, 001 S, dated February 28, 2006 ("the Patented
26   Design"). DIABLO is the sole patent owner of the Diablo Wishbone Patented
27   Design.
28

1   (c).   The Patented Design is prominently featured on the front face of the Diablo Wishbone wheels, and has been continually used and offered for sale as part of the Diablo Wishbone wheel since its date of first issue.

4   (d).   DIABLO has distinguished itself as an industry leader in the innovative ornamental design of vehicle wheels and in the manufacture and distribution of high-end after market vehicle wheels.

7   (e).   Defendant BZO is also in the business of manufacturing and commercially distributing after-market vehicle wheels.  As part of its line, Defendant BZO has been manufacturing and retailing a wheel identified as "the Rays."  The ornamental design for the front face of the Rays copies the unique innovations contained in the patented ornamental design for the Diablo Wishbone.

12   (f).   The DIABLO Wishbone design serves to identify and distinguish DIABLO as the source of its product.  The shape and design of the DIABLO Wishbone creates a visual image to consumers and has acquired exclusive legal rights as an identifying symbol of origin.

16   (g).   Defendants purposely copied and imitated the inherently distinctive nonfunctional element of DIABLO's wheels in order to confuse consumers as to the source of the design. The total impression of Defendants' product, the Rays, is likely to confuse consumers.

## PERMANENT INJUNCTION

Defendants BZO Customs Wheels, L.L.C. and Tielin Sun, as well as their agents, servants, employees, attorneys, successors and assigns, and all those persons in active concert or participation with them hereby are permanently enjoined from engaging in, committing, or performing, directly or indirectly, all of the following acts:

a.   using in any manner in connection with Defendants' business or in connection with any other advertising, promotions, solicitations or use for such business, services, or goods the Diablo Wishbone ornamental design patented

under United States Design Patent No.: US D516, 001 S, dated February 28, 2006, or any confusingly similar mark such as the names, marks, and/or trade dress relating to "Diablo" and/or "Wishbone" or any colorable imitations thereof;

    b.   performing or allowing any act or thing which is likely to injure DIABLO's business reputation or good will;

    c.   engaging in federal or state patent and trademark infringement, false designation of origin, unfair competition, and dilution by tarnishment, which would damage or injure DIABLO; and

    d.   using the Internet, world wide web, or any other domain name to advertise, promote, or sell the Diablo Wishbone ornamental design patented under United States Design Patent No.: US D516, 001 S, dated February 28, 2006, or any confusingly similar mark such as the names, marks, and/or trade dress relating to "Diablo" and/or "Wishbone" or any colorable imitations thereof.

## MONETARY JUDGMENT

Defendants BZO Customs Wheels, L.L.C. and Tielin Sun shall be jointly and severally liable to Plaintiff for the monetary judgment of One Hundred Forty-Thousand Dollars ($140,000.00), which shall be payable to "Gareeb Pham, LLP" c/o Diablo Racing, Inc. in accordance to the following payment schedule:

    (a)   $30,000.00 by no later than August 1, 2008;

    (b)   $30,000.00 by no later than September 1, 2008;

    (c)   $20,000.00 by no later than October 1, 2008;

    (d)   $20,000.00 by no later than November 1, 2008;

    (e)   $20,000.00 by no later than December 1, 2008; and

    (f)   $20,000.00 by no later than January 1, 2009.

Except as set forth in any separate written agreement between the parties, each party shall bear its own costs, expenses, disbursements and attorneys' fees incurred to date.

1  The Central District of California shall reserve and retain jurisdiction as to
2  any and all disputes arising out of this Consent Judgment and Permanent
3  Injunction by and between DIABLO and Defendants.
4  **IT IS SO ORDERED, ADJUDGED AND DECREED.**

8  Dated: July 7, 2008                         By: _____
9                                                              Honorable George H. Wu

12 Approved as to form and substance:

14 THE TREVINO LAW FIRM

17 _____
   Lu Ann Trevino
18 Attorney for Defendants
   BZO Customs Wheels, L.L.C. and Tielin Sun

20 GAREEB & PHAM

23 _____
   Alexander S. Gareeb
24 Attorney for Plaintiff
   BZO Racing, Inc.